of Appeals for the Third Circuit denied. *Mr. Wm. A. Gray* for petitioner. *Solicitor General Hughes* and *Mr. John J. Byrne* for the United States.

No. 317. PACIFIC IMPROVEMENT CO. *v.* PITTSBURGH, SHAWMUT & NORTHERN R. CO. ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Adelbert Moot* and *John G. Buchanan* for petitioner. *Messrs. J. Merrill Wright* and *Edwin E. Tait* for respondents.

No. 318. OSTRANDER-SEYMOUR CO. *v.* GRAND RAPIDS ELECTROTYPE CO. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Stuart E. Knappen* and *Meyer Abrams* for petitioner. *Mr. Ben M. Corwin* for respondent.

No. 319. BURKE ET AL. *v.* SANITARY DISTRICT OF CHICAGO ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John M. Zane* for petitioners. *Messrs. Edmund D. Adcock* and *James M. Sheehan* for respondents.

No. 320. APFEL ET AL. *v.* MELLON ET AL. October 21, 1929. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Vernon E. West* for petitioners. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. Walter Wyatt* and *Newton D. Baker* for respondents.